IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM LEVINS and KYLA LEVINS,<br>    Plaintiffs,<br><br>v.<br><br>KALEB WALTON and PROGRESSIVE SPECIALTY INSURANCE COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 1:23-00082-KD-N<br>)<br>)<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed the Report and Recommendation of the Magistrate Judge dated December 12, 2023 (Doc. 20), and made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), is **ADOPTED** as the opinion of this Court.

Accordingly, the "Motion to Remand" filed March 30, 2023, by Plaintiffs William and Kyla Levins (Doc. 10) is **GRANTED** and this civil action is **REMANDED** to the Circuit Court of Mobile County, Alabama, under 28 U.S.C. § 1447(c) for lack of subject-matter jurisdiction. The parties' joint motion to extend the deadline to file the report of parties' planning meeting (Doc. 19) is **MOOT**.

**DONE** and **ORDERED** this the 29th day of December 2023.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**